IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| CHEAQUITA FIELDS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 3:04-cv-00558-B |
| | ) | [WO] |
| JO ANNE B. BARNHART, | ) | |
| COMMISSIONER OF SOCIAL SECURITY, | ) | |
| | ) | |
| Defendant. | ) | |

## JUDGMENT

In accordance with the *Memorandum Opinion and Order* entered herewith reversing the
Commissioner's decision and remanding this cause for further consideration,  it is

**ORDERED, ADJUDGED and DECREED** that **JUDGMENT**, pursuant to Rule 58 of the
Federal Rules of Civil Procedure, is entered for the Plaintiff, Cheaquita Fields, and against the
Commissioner of Social Security, and this case is **REMANDED** to the Commissioner pursuant to
*sentence four* of 42 U.S.C. § 405(g).


Done this 22nd day of August, 2005.


**/s/ Delores R. Boyd**
DELORES R. BOYD
UNITED STATES MAGISTRATE JUDGE